CATHARINE J. WISE, Respondent, *v.* THE PHŒNIX FIRE IN-
SURANCE COMPANY OF HARTFORD CONNECTICUT, Appellant.

Where items of an account or claim are numerous, and therefore difficult
to be retained in the memory, the court, in its discretion, may permit a
witness to refer to memoranda, proved to be correct both as to items
and value.

(Argued December 23, 1885 ; decided January 19, 1886.)

THIS action was upon a policy of fire insurance covering
household furniture. Plaintiff was called as a witness in her
own behalf to prove the loss ; she was allowed, as such witness,
to refer to the schedule attached to the proofs of loss, for the
purpose of refreshing her memory.

"There was no error in permitting the plaintiff, while under
examination as a witness, to refer to the schedule attached to
the proof of loss, for the purpose of refreshing her memory.
(*Howard* v. *McDonough*, 77 N. Y. 592.) This schedule,
which was made up a few days after the fire, was sworn to
be correct both as to items and values, and to be made up from
actual knowledge. Where the items are numerous, and, there-
fore, difficult to be retained in the memory, the court in its
discretion may permit a reference to memoranda proven to be
correct, both as to items and their values. To hold other-
wise might make a party's rights dependent upon unusual
strength of memory."

*Charles A. Fowler* for appellant.

*Howard Chipp, Jr.*, for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.